1010

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY LEE KING, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 95-1-03521-5, Terry D. Sebring, J., entered January 9, 1996. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Armstrong, A.C.J., and Morgan, J.

[No. 21490-3-II.   Division Two.   February 19, 1999.]
THE STATE OF WASHINGTON, *Respondent*, v. JOHN ATLEE HEMMEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-01888-4, D. Gary Steiner, J., entered March 19, 1997. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Morgan and Hunt, JJ.

[No. 21560-8-II.   Division Two.   February 19, 1999.]
THE STATE OF WASHINGTON, *Respondent*, v. TRACY LYNN HOGGATT, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 95-1-00539-7, Don L. McCulloch, J., entered January 15, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Hunt, JJ.

[Nos. 21721-0-II; 21722-8-II;   Division Two.   February 19, 1999.]
    21723-6-II.
THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL SWEDELSON, *Appellant*.

Appeals from judgments of the Superior Court for Jefferson County, Nos. 96-8-00147-4, 96-8-00082-6, and 96-8-00050-8, Thomas Majhan, J. Pro Tem., entered February 25, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Armstrong, A.C.J., concurred in by Morgan and Hunt, JJ.